**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Janice Lee FOXWORTH, a/k/a Janice Newman, Defendant—Appellant.**

**No. 08–6470.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 5, 2008.

Janice Lee Foxworth, Appellant Pro Se. Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Janice Lee Foxworth appeals the district court's order denying her motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Foxworth,* No. 5:00–cr–30016–sgw–1 (W.D.Va. Mar. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*